UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. GARDNER, | No. 2:13-cv-2481 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On October 3, 2014, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on June 10, 2014. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: October 16, 2014

gard2481.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1